RECEIVED
SDNY PRO SE OFFICE
2022 NOV 15 PM 3:02

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Devin Ray Culley
_____

_____

Write the full name of each plaintiff.

-against-

Yaqi Lee
_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

If the defendant is an individual:

The defendant, **Yaqi Lee**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| DEVIN | R | CULLEY |
|---|---|---|
| First Name | Middle Initial | Last Name |

**650 W 30 LN N**
Street Address

| MINIDOKA PAUL | IDAHO | 83347 |
|---|---|---|
| County, City | State | Zip Code |

| 2083121365 | buhwheat43@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

YAQI LEE
First Name    Last Name

Current Job Title (or other identifying information)
www.facebook.com/freda.adler/oNdoN

Current Work Address (or other address where defendant may be served)
NEW YORK    NY
County, City    State    Zip Code

Defendant 2:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4: _____
　　　　　　　　First Name　　　　　　　Last Name

　　　　　　　_____
　　　　　　　Current Job Title (or other identifying information)

　　　　　　　_____
　　　　　　　Current Work Address (or other address where defendant may be served)

　　　　　　　_____
　　　　　　　County, City　　　　　　　State　　　　　　　Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **FACEBOOK**

Date(s) of occurrence: **9/20/2022**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Was trading with my wife and Yaqi Lee on facebook when the platform locked funds and would not let us withdraw without a deposit. I have all documentation, photos, transaction reports and bank records. This person lives in little asia in manhatten.

Total funds lost were 18,079.46

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

18,079.46 to be returned to us

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11/11/2022 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| DEVIN | R | CULLEY |
| First Name | Middle Initial | Last Name |
| 650 W 30 LN N | | |
| Street Address | | |
| MINIDOKA, PAUL | | IDAHO            83347 |
| County, City | | State            Zip Code |
| 208-312-1365 | | buhwheat43@yahoo.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



BOISE ID 837
12 NOV 2022 PM 2 L

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, N.Y. 10007

10007-131599

M Devin R Culley
650 W 30 Ln N
Paul, ID 83347

2022 NOV 15 PM 3:03
SDNY PRO SE OFFICE
RECEIVED



BOISE ID 837
12 NOV 2022 PM 2 L

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, N.Y. 10007

M Devin R Culley
650 W 30 Ln N
Paul, ID 83347

2022 NOV 15 PM 3:08
SDNY PRO SE OFFICE
RECEIVED